

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 9:34:47 AM
CHRISTOPHER A. PRINE
Clerk

August 28, 2015

KYLE R. SAMPSON
ATTORNEY OF RECORD
917 FRANKLIN. SUITE 310
HOUSTON, TX 77002

Defendant's Name. GARY EDMUND HAYNES

Cause No: 1441991

Court· 248TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause.

**Notice of Appeal Filed Date:** 8/26/15
**Sentence Imposed Date:** 8/17/15
**Court of Appeals Assignment:** Fourteenth Court of Appeals
**Appeal Attorney of Record:** KYLE R. SAMPSON

Sincerely,

*S. NORRIS*

S. NORRIS
Criminal Post Trial Deputy

CC   Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Cause No. __1441991__

THE STATE OF TEXAS

Gary Haynes v. , A/K/A/ _____

248 ____ District Court / County Criminal Court at Law No. _____

Harris County, Texas

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On __8-25-15__ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☐ MOVES to withdraw.

☑ ADVISES the court that he will CONTINUE to represent the defendant on appeal

__8-25-15__
**Date**

__Gary Haynes__
**Defendant (Printed name)**

FILED
Chris Daniel
District Clerk

AUG 26 2015

Time: _____
Harris County, Texas

__Tyna Moncrief__
**Attorney (Signature)**

__Tyna Moncrief__
**Attorney (Printed name)**

__1426270 0__
**State Bar Number**

__1314 Texas #1112__
**Address**

__713. 224-6628__
**Telephone Number**

The defendant (check all that apply):

☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

__Gary Haynes__
**Defendant (Signature)**

__Gary Haynes__
**Defendant's Printed name**

AUG 26 2016

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County _____

# ORDER

On _____ the Court conducted a hearing and FINDS that defendant / appellant

◻ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ◻ employing counsel

    ◻ paying for a clerk's and court reporter's record.

    ☑ employing counsel and/or paying for a clerk's and court reporter's record.

The Court ORDERS that

☑ Counsel's motion to withdraw is GRANTED / DENIED.

◻ Defendant / appellant's motion (to be found indigent) is DENIED.

☑ Defendant's / appellant's motion is GRANTED and

    ◻ Attorney _____
    Bar Card Number_____ SPN Number _____
    is APPOINTED to represent defendant / appellant on appeal.

    ◻ Harris County Public Defender's Office (HCPD) is APPOINTED to represent
    defendant/appellant on appeal.
    Assistant Public Defender Assigned by HCPD _____
    Bar Card Number_____ SPN Number _____

    ◻ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to
    defendant / appellant.

BAIL IS:

◻ SET at $_____.

◻ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: **AUG 2 6 2016** _____

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1441991

THE STATE OF TEXAS

v.

Haynes, Gary _____ , Defendant

IN THE 248th DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case.

☑ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☒ the defendant has waived the right of appeal.

_____
Judge

AUG 2 6 2016
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX R APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

IN CUSTODY
_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any) _____

**FILED**
Chris Daniel
District Clerk

AUG 2 6 2015

Time: _____
Harris County, Texas

By _____
Deputy

_____
Defendant's Counsel

State Bar of Texas ID number: 00795634

Mailing Address: 917 Franklin #310 H/TX 77002

Telephone number (713) 337-1420

Fax number (if any): (713) 574-2749

* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal" TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

CLERK

9/1/2011

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1441991

OFFENSE: Agg Asslt-Family

THE STATE OF TEXAS

2484 DISTRICT COURT

VS.

OF

Gary Haynes

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary Haynes, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☐ Appoint appellate counsel to represent him.

☐ Asks the court to order that a free record be provided to him.

In custody
DEFENDANT

SUBSCRIBED AND SWORN to before me, this 26 day of Aogust A.D., 20 15.

DEPUTY DISTRICT CLERK
248th DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On 8/26/15 the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that Kyle R Sampson is appointed to represent defendant/appellant on appeal.

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____, by certified mail return receipt requested.

JUDGE PRESIDING
DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, Kyle R Sampson, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

ATTORNEY (SIGNATURE)

00795634/S0795634
BAR/SPN NUMBER

917 Franklin #310
ADDRESS

Houston TX 77002
CITY          STATE          ZIP

(713) 337-1420
PHONE

(713) 574-2749
FAX NUMBER

Kyle@kylesampsonlaw.com
EMAIL ADDRESS

22/996

SWORN TO AND SUBSCRIBED BEFORE ME ON AUG 2 6 2016 .

DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

# APPEAL CARD

14th

10-16-15

Court
248th

Cause No.
144991

### The State of Texas
Vs

Haynes, Gary

8-17-15

Date Notice
Of Appeal: 08-25-15

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding _Cabaniss, Katherine_
Court Reporter_____
Court Reporter_____
Court Reporter_____

Attorney
on Trail _Moncriffe, Tyrone_

Attorney
on Appeal _Sampson, Kyle R_

Appointed_____ Hired ✓

Offense _Aggravated Assault Family Member_

Jury Trail: Yes_____ No_____

Punishment
Assessed _18yrs TDC_

Companion Cases
(If Known)_____

Amount of
Appeal Bond _∅_

Appellant
Confined: Yes_____ No_____

Date Submitted
To Appeal Section _08/26/15_

Deputy Clerk _[signature]_

22/997